UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YERSI BENITO RUPAILLA CASTRO,<br><br>              Petitioner,<br><br>   v.<br><br>G. WHITE, et al.,<br><br>             Respondents. | CASE NO. 2:24-cv-01476-JNW-BAT<br><br>**REPORT AND RECOMMENDATION – DENIAL OF IFP APPLICATION** |

     Petitioner filed a 28 U.S.C. § 2241 writ of habeas corpus requesting the Court order his immediate release from Immigration custody or direct Respondents to provide him a bond hearing. Petitioner also filed an application to proceed *in forma pauperis* (IFP).

     The Court finds that Petitioner's account summary from the GEO-Tacoma Northwest Detention Center which indicates Petitioner has $578.93 in his trust account establishes that Petitioner has the financial ability to pay the $5.00 filing fee required to initiate a federal habeas action. The Court accordingly recommends:

     (1) Petitioner's IFP application should be denied.

     (2) If the Court adopts this recommendation, Petitioner should be ordered to pay the filing fee within 14 days of adoption or face dismissal of the case.

REPORT AND RECOMMENDATION –
DENIAL OF IFP APPLICATION - 1

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order. Therefore, petitioner should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **September 30, 2024.** The Clerk shall note the matter for **October 4, 2024**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 16th day of September, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge