UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YERSI BENITO RUPAILLA CASTRO,<br><br>Petitioner,<br><br>v.<br><br>G. WHITE ET AL.,<br><br>Respondent. | CASE NO. 2:24-cv-01476-JNW-BAT<br><br>ORDER ON REPORT AND RECOMMENDATION |

The Court considers the Report and Recommendation by U.S. Magistrate Judge Brian A. Tsuchida, Dkt. No. 3. Judge Tsuchida recommended denying Petitioner's request to proceed in forma pauperis (IFP) and requiring Petitioner to pay the $5.00 filing fee for his habeas petition. *Id*. Petitioner did not object to the R&R and instead paid the filing fee; he filed his petition without IFP status. *See* Dkt. No. 6. Because Petitioner has proceeded without IFP status, the Court finds that his IFP application is moot and DENIES it on that basis. Accordingly, the R&R, Dkt. No. 3, is also moot, and the Court DECLINES TO ADOPT it for that reason.

ORDER ON REPORT AND RECOMMENDATION - 1

Dated this 9th day of October, 2024.

Jamal N. Whitehead
United States District Judge

ORDER ON REPORT AND RECOMMENDATION - 2