UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YERSI BENITO RUPAILLA CASTRO,<br><br>               Petitioner,<br><br>   v.<br><br>G. WHITE, et al.,<br><br>               Respondents. | CASE NO. 2:24-cv-01476-JNW-BAT<br><br>**ORDER OF DISMISSAL** |

The Court has considered, *de novo* the report and recommendation of the assigned Magistrate Judge, the pleadings and the record and now ORDERS:

1. The report and recommendation is adopted and the case is dismissed.

2. A copy of this order shall be provided to the parties.

DATED this 27th day of March, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 1